IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

FILED
2018 AUG 27 AM 9:21
DISTRICT COURT
MIDDLE DISTRICT OF TN

TCF Equipment Finance, a division of TCF National Bank
_____
Plaintiff(s)

v.

Sitework Specialties Utilities & Excavating, LLC
Mandy L Spears
Billy J Spears
_____
Defendant(s)

Case Number 1:18-CV-00039

Judge _____

Magistrate Judge _____

Response to Plaintiff
_____
(Type of Pleading)

The defendants respectfully deny all allegations in the Plaintiffs motion. The defendants would like to request a court date to present proof of their position as follows:

Non of the defendants listed above have withheld any property from TCF.

Defendants dispute the debt owed and the amount owed.

Defendants included in this answer are as follows: Sitework Specialties Utilities & Excavating, LLC 1802 Rock Springs Rd Columbia, TN 38401

Next page →

Mandy L Spears
1802 Rock Springs Rd
Columbia, TN 38401
931.446.5716

Billy J Spears
1802 Rock Springs Rd
Columbia, TN 38401

This answer is being filed August 27, 2018 by Mandy L Spears on behalf of all defendants.

Defendendants will obtain counsel if unable to resolve this case with ~~defended~~ plantiffs prior to court date.

*Mandy L Spears*
8-27-18

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that the (pleading) Answer to Complaint has been served on:

(Name) TCF Equipment Finance
(Address) Stephen M Montgomery +
(Address) Arrin K Richards

(Name) Neal + Harwell PLC
(Address) 1201 Demonbreun St, Suite 1000
(Address) Nashville, TN 37203

(Name) 615-244-1713
(Address)
(Address)

(Name)
(Address)
(Address)

(Name)
(Address)
(Address)

(Name)
(Address)
(Address)

(Name)
(Address)
(Address)

(Name)
(Address)
(Address)

on the 27th day of August, 2018.

_____
Signature